(REV.5/85) Criminal Complaint

Matthew M. Schneider, AUSA (312) 886-0973

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA **FILED** **CRIMINAL COMPLAINT**

v.

MAY 1 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE ASHMAN

**BRIAN BIRK,**
**a/k/a "MIGHTY BB" and "MBB" and**
**KELLY HARLEV**

CASE NUMBER:

# 07CR 0311

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Beginning no later than February 2004 and continuing through May 16, 2007, in __Will and DuPage__ Counties, and elsewhere, in the __Northern__ District of __Illinois,__ defendants did,

conspire with each other and others to knowingly and intentionally possess with the intent to distribute and to distribute a controlled substance, namely, quantities of anabolic steroids and Hydrocodone, Schedule III Controlled Substances,

in violation of Title ___21___ United States Code, Section __846__.

I further state that I am a __Special Agent, FDA__ and that this complaint is based
<br>Official Title

on the following facts:

See Attached Affidavit.

Continued on the attached sheet and made a part hereof: __X__ Yes __ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

__May 16, 2007__ at
Date

__Chicago, Illinois__
City and State

__Magistrate Judge Martin C. Ashman__
Name & Title of Judicial Officer

Signature of Judicial Officer

# A F F I D A V I T

I, Loris Cagnoni, being first duly sworn, hereby states as follows:

1.      I am employed as a Special Agent, with the United States Food and Drug Administration (FDA), Office of Criminal Investigations (OCI), Chicago Field Office, and have been so employed with OCI for approximately five (5) years.  I have successfully completed the Basic Criminal Investigator Training Program at the Federal Law Enforcement Training Center, Glynco, Georgia, and various other Law Enforcement Training programs including FDA/OCI Special Agent Training Program and the FDA/OCI U.S. Food and Drug Law Training Program. My previous law enforcement experience consisted of approximately 9 years with the Drug Enforcement Administration.   As a Special Agent with the FDA/OCI, your affiant's primary investigative responsibilities are violations of the Federal Food, Drug & Cosmetic Act (FDCA), Title 21, United States Code, and related Title 18 violations.  Further, your affiant has also been involved in numerous drug investigations.

2.      This affidavit is being submitted in support of a criminal complaint charging that, beginning no later than February 2004 and continuing through May 16, 2007, BRIAN BIRK, aka "MIGHTY BB" and "MBB" and KELLY HARLEV, conspired with each other and others to distribute, and to cause to be distributed, controlled substances including quantities of anabolic steroids and Hydrocodone, Schedule III

controlled substances, and Human Growth Hormone, in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

3.      This affidavit is based on my personal observations, witness interviews, and conversations with other individuals involved in this investigation, including law enforcement officers with whom I work. Your affiant is the case agent in this investigation, along with other OCI Agents, and Inspectors from the United States Postal Inspection Service. Through the use of surveillance, undercover purchases of anabolic steroids, Human Growth Hormone (HGH), and Hydrocodone, a schedule III controlled substance, your affiant, along with other investigators, have conducted a drug investigation into BRIAN BIRK and KELLY HARLEV. This affidavit is provided solely for the purpose of establishing probable cause and does not contain everything known to me regarding this investigation.

## BACKGROUND INFORMATION

4.      The FDA is the federal agency charged with the responsibility of protecting the health and safety of the American public by enforcing the Food Drug and Cosmetic Act (FDCA). One purpose of the FDCA is to ensure that drugs such as Human Growth Hormone (HGH) that is sold for consumption or administration to people are safe, effective, and bear labeling containing only true and accurate information. The FDA's responsibilities under the FDCA include regulating the manufacture, labeling and

2

distribution of all drugs and drug components, shipped or received in interstate commerce, including Human Growth Hormone.

5. Human Growth Hormone (HGH) is a 191-amino acid polypeptide hormone secreted by the anterior pituitary gland that has important metabolic effects, including the stimulation of protein synthesis and cellular uptake of amino acids. In some children, the pituitary gland does not produce enough HGH, resulting in stunted growth. In 1985, the FDA granted the first approval for a human growth product derived from a recombinant DNA process utilizing E. coli bacteria, rather than the product isolated from human pituitary glands. The recombinant-HGH (r-HGH) produced was functionally equivalent to the natural hormone. Some recombinant-HGH products were approved by the FDA for treating hypo pituitary dwarfism in children; some were later approved for treatment of patients with wasting associated with advanced AIDS or AIDS cachexia. The FDA has not approved any foreign-manufactured HGH for use in the United States.

Human Growth Hormones (HGH) are drugs within the meaning of Title 21, United States Code, Section § 321(g), in that they are intended for use in the diagnosis, cure, mitigation, treatment, or prevention of disease in man, or are intended to affect the structure or any function of the body of man.

6. All Human Growth Hormones sold in the United States are prescription drugs because of their toxicity or other potentiality for harmful effect, or because the method of their uses, or the collateral measures necessary to their uses, are not safe for

3

use except under the supervision of a practitioner licensed by law to administer such drugs. Those Human Growth Hormones that are approved for use by the FDA are limited to use under the professional supervision of a practitioner licensed by law to administer such drugs or has been approved by the FDA for very few conditions such as AIDS wasting, dwarfism, or other conditions where a person is lacking natural HGH. No forms of HGH have been approved by FDA for bodybuilding or for the enhancement of athletic performance.

7.   Title 21, United States Code, Section § 333(e) (1) provides, in relevant part, as follows:

> Whoever knowingly distributes, or possesses with intent to distribute, Human Growth Hormone for any use in humans other than the treatment of a disease or other recognized medical condition, where such use has been authorized by the Secretary of Health and Human Services under section 505 of this title and pursuant to the order of a physician, is guilty of an offense punishable by not more than 5 years in prison, such fines as authorized by Title 18, United States Code, or both.

## INVESTIGATION OF BRIAN BIRK AND KELLY HARLEV

8.   In May 2006, the New Orleans FDA/OCI Office contacted the affiant regarding information they obtained from a confidential informant (CI) regarding the sale and distribution of anabolic steroids and HGH. The CI provided New Orleans law enforcement agents with an Internet address of steroidsuperboard.com, which promotes the use of steroids and HGH for bodybuilding and athletic performance enhancement,

with an encrypted e-mail address of "mightybb@hushmail.com," and an address of 2651 Warrenville Road, Suite 580, Downers Grove, Illinois.

9.      Record inquiries and personal observation determined the address at 2651 Warrenville Road, Suite 580, Downers Grove, Illinois, was the premises of  SMART MORTGAGE CENTERS INC. ("SMC").      BRIAN BIRK was listed as the office manager of SMC.  During an initial visit to the 2651 Warrenville address, the affiant and another FDA agent observed an unidentified well-built male enter the building.   The affiant then and another agent observed a SMC  loan officer greet this unidentified male as "Mister BB."   The affiant approached the loan officer who identified BRIAN BIRK, the manager of SMC, as the individual that he greeted as Mister BB.

10.     Further investigative queries determined that BRIAN BIRK and KELLY HARLEV resided at 24339 Leski Lane, Plainfield, Illinois.  A vehicle registration inquiry revealed that a  2006 Chrysler 300 C 4-door sedan, IL L/P #8880164 was registered to BIRK and BIRK and HARLEV were listed as co-owners of a 2001 Lexus SUV, IL L/P #8060224.

11.     On May 9, 2006, the affiant logged on to the Steroidsuperboard.com web-site and found other web-sites linked to "mightybb@hushmail.com."  One of the web-sites contained a product list of anabolic steroids, both injectable and pill form, injectable HGH, and other schedule III drugs.  This list included drug prices and another e-mail address (dogvet@hushmail.com) to order the items.

12. The affiant then obtained an encrypted e-mail account and e-mailed dogvet@hushmail.com to inquire about purchasing one thousand anabolic steroids pills. MBB replied as follows:

> hey bud 400.00 shipping is included send funds to: s.m.c 2651 warrenville rd suite 580 downers grove, il 60515 ps; WAIVE SIGNATURE, send fedex, ups or usps get tracking number. The only thing that should be in the envelope is cash wrapped in foil or in a card or magazine. DO NOT WRITE ON THE INSIDE WE KNOW WHAT YOU ORDER. After you send funds return this email with tracking number and we already have addy to send products to. thanks mbb

13. Between June 2006 and May 2007, the affiant, and other law enforcement officials, conducted a series of five undercover purchases of anabolic steroids, HGH, and Hydrocodone from BRIAN BIRK, aka Mighty BB and MBB and KELLY HARLEV at Internet e-mail address, dogvet@hushmail.com.

## FIRST UNDERCOVER PURCHASE FROM MIGHTY BB

14. On June 13, 2006, the affiant e-mailed "mightybb" at the dogvet@hushmail.com address. The affiant ordered one thousand 5 milligram anabolic steroids pills for delivery to an undercover P.O. Box in Minneapolis, Minnesota. Mighty BB sent affiant the following response from dogvet@hushmail.com:

6

hey bud 400.00 shipping is included send funds to: s.m.c 2651 warrenville rd suite 580 downers grove, il 60515 ps; WAIVE SIGNATURE, send fedex, ups or usps get tracking number. The only thing that should be in the envelope is cash wrapped in foil or in a card or magazine. DO NOT WRITE ON THE INSIDE WE KNOW WHAT YOU ORDER. After you send funds return this email with tracking number and we already have addy to send products to. thanks mbb

15. On June 20, 2006, the affiant and other federal agents delivered a United States Priority Mail envelope (#EQ544483889US), with a return address of the undercover P.O. Box in Minneapolis, containing $400.00 in government funds to SMC, 2651 Warrenville Road, Suite 580, Downers Grove, Illinois.

16. On June 22, 2006, a search of the trash bin at BIRK's and HARLEV's residence at 24339 Leski Lane, Plainfield, Illinois, resulted in the recovery of empty HGH containers, empty steroid and HGH vials, empty Gensci HGH vials, used syringes, and other injectable steroid vials and packaging.

17. On June 27, 2006, a package containing the one thousand 5 milligram anabolic steroid pills was delivered to the FDA undercover P.O. Box. The package listed a return address of Color Graphics, 5280 Commons Drive, Aurora, Illinois, 60504. This address is non-existent but is similar to HARLEV's business address, Spectra Color Corporation, 615 Enterprise Street, Aurora, IL 60504. The FDA laboratory tested these drugs and confirmed that the pills were anabolic steroids.

18. The Automated Postal Code (APC) tracking number placed on this package from "mightybb" was traced to the Fox Valley Post Office in Aurora, Illinois. The tracking

7

number was matched to the post office's surveillance cameras. During the viewing of the surveillance film, KELLY HARLEV was observed dropping off packages at the counter at a time when the package containing the anabolic steroids ordered from "mightybb" was mailed from the same location.

## SECOND UNDERCOVER PURCHASE FROM MIGHTY BB

19.     On July 31, 2006, the affiant e-mailed "mightybb" at dogvet@hushmail.com address and requested feedback on generic injectable HGH (Blue Tops). "Mightybb" responded as follows;

> As of right now I have had nothing but great feedback on the blue tops, people are saying they have to bring the iu down because of aches in the hands, honest bro I use the gensci kits and would never change because I do get great results from them and they are rated #1 right now. But again everyone has there own opinion on the gh and the blue tops are getting great reviews. glad your happy with our services.... thanks mbb

20.     On August 2, 2006, the affiant e-mailed "mightybb" via the mightylist@hushmail.com and dogvet@hushmail.com addresses and requested one order of generic HGH for delivery to an undercover P.O. Box in Chicago, Illinois. Later that day "mightybb" responded:

Please send funds to this address, let me know how many you want? I can send bacterial static water for 10.00 per bottle if needed?

mary kay
2314 route 59
#322
plainfield, il 60544"

8

ps; after you send funds return this email along with tracking number and we already have your address for shipping...

21.     In August 2006, this investigation determined that P.O. Box 322, at 2314 Route 59, Plainfield, Illinois, was rented by KELLY HARLEV on March 18, 2005. Records show that HARLEV used her Illinois Driver's License to rent P.O. Box 322. HARLEV also listed her home address on the rental agreement as 24339 Leski Lane, Plainfield, Illinois.

22.     On August 3, 2006, a further search of the trash at 24339 Leski Lane, Plainfield, Illinois, recovered an insurance quote for BRIAN BIRK for a residence at 12516 Canterbury Drive, Plainfield, Illinois. Also recovered from the trash were Gensci HGH boxes with empty vials of Gensci HGH and 10 intact vials of sterile water for injection.

23.     On August 4, 2006, the affiant mailed via United States Postal Service $300.00 in government funds for one order of generic (Blue Top) HGH to Mary Kay at P.O. Box. 322, 2314 Route 59, Plainfield, Illinois, with a return address of an undercover P.O. Box in Chicago, Illinois, 60005.

24.     On August 5, 2006, the priority mail envelope (tracking number 0305 0830 0002 9423 9655) containing government funds was delivered by the United States Postal Service to P.O. Box 322, 2314 Route 59, Plainfield, Illinois.

9

25.    On August 7, 2006, a UPS Store manager confirmed KELLY HARLEV picked up the envelope at P.O. Box 322 containing the $300.00 in government funds.

26.    On August 10, 2006, the affiant searched the trash at BIRK and HARLEV's residence at the 24339 Leski Lane, Plainfield, Illinois. Among the items recovered were Gensci HGH packaging, empty Gensci HGH vials, Iranian injectable testosterone, used syringes and needles, a receipt for 500 needles with a "ship to" address on the receipt of BRIAN BIRK, 24339 Leski Lane, Plainfield, Illinois, 60544.and papers with e-mail addresses of mightytrack@hushmail.com, Kelly@spectracolor.com, and lippynuts@yahoo.com. Both BRIAN BIRK and lippynuts@yahoo.com were listed on the researchsupply@cyber-rights.net receipt. An internet protocol (IP) search listed the address for lippynuts@yahoo.com as SMC, 2651 Warrenville Road, #580, Downers Grove, Illinois.

27.    On or about August 18, 2006, a package containing generic (Blue Top) HGH vials from "mightybb" at dogvet@hushmail.com was delivered to the FDA undercover P.O. Box in Chicago. These drugs were tested by the FDA lab which confirmed that the drugs were anabolic steroids.

28.    The package's APC tracking number placed on the package by the post office from "mightybb" was traced back to the Fox Valley Post Office in Aurora. This tracking number was matched to the post office's surveillance cameras. During the viewing of the surveillance film, a white male (later identified through Illinois Department of Motor

Vehicle records as Individual A) was observed dropping off packages at the postal kiosk when the package containing the generic (Blue Top) HGH received from "mightybb." was mailed from the same location.      Department of Labor records show that Individual A is employed at Smart Mortgage Centers at 2651 Warrenville Road, in Downers Grove, Illinois where BRIAN BIRK is office manager.

## THIRD UNDERCOVER PURCHASE FROM MIGHTY BB

29.    On October 10, 2006, the affiant ordered ten (10) vials of Gensci HGH for $430.00 from "mightybb" at dogvet@hushmail.com . "Mightybb" replied:

> hey bud  400.00 shipping is included send funds to: s.m.c  2651 warrenville rd suite 580 downers grove, il 60515    ps; WAIVE SIGNATURE, send fedex, ups or usps get tracking number. The only thing that should be in the envelope is cash wrapped in foil or in a card or   magazine. DO NOT WRITE ON THE INSIDE WE KNOW WHAT YOU ORDER. After you send funds return this email with tracking number and we already have addy to send products to. thanks   mbb

30.    On October 11, 2006,  a United States Postal Inspector delivered an undercover an envelope containing $430.00 in government funds requested by "mightybb" for ten vials of Gensci HGH  bearing a  return address of the undercover PO Box in Chicago, to S.M.C., 2651 Warrenville Road, Suite 580, Downers Grove, Illinois,

31.    On October 12, 2006, a search of the trash at BIRK's and HARLEV's

11

residence at 12516 Canterbury Drive, Plainfield, Illinois, residence revealed empty Gensci and generic HGH vials, empty sterile water vials, used needles and HGH packaging.

32. On or about October 13, 2006, a package containing 10 vials of Gensci HGH purchased from "mightybb" at dogvet@hushmail.com was delivered to the undercover P.O. Box in Chicago. The package's postal APC tracking number was traced to the Lisle, Illinois Post Office. This APC number was matched to the post office's surveillance cameras and a viewing of the surveillance film revealed Individual A again dropping off packages at the postal kiosk when the package containing the ten vials of Gensci HGH received from "mightybb" was mailed from the same location. The FDA tested the vials received from Mighty BB and confirmed that the vials contained anabolic steroids.

FOURTH UNDERCOVER PURCHASE FROM MIGHTY BB

33. On December 14, 2006, "mightybb" at dogvet@hushmail.com emailed the affiant an offer to sell 2.5 milligram Hydrocodone (Vicodin) for $2.00 a tablet or 100 tablets for $120.00.

34. On December 21, 2006, a search of the trash at BIRK's and HARLEV's residence at 12516 Canterbury Drive, in Plainfield revealed a large industrial foil package with steroid labelling, "B1 ARIMIDEX" (an anabolic steroid) on the outside and a white powder residue on the inside of the package.

12

35.     On January 17, 2007, the affiant ordered one box of generic HGH and one hundred 2.5 mg Hydrocodone (Vicodin) from "mightybb" at dogvet@hushmail.com. In reply, mightybb" instructed affiant to send $330.00 cash for the HGH and Hydrocodone to Ebay Solutions, 13400 South Route 59, Ste. G. #147, Plainfield, IL., 60544.     Personal observation determined the 13400 South Route 59, Ste. G, address to be a UPS Store.

36.     On January 26, 2007, the affiant mailed a priority mail envelope (tracking # 0304 3490 0000 7598 0569) with a return address of the undercover P.O. Box in Chicago, containing $330.00 in government funds at the O'Hare Postal Facility to Mighty BB at the address above.     These funds included three $100 bills bearing serial numbers DA 01609481A, DH 05243607A, and DE 31242957A.     The affiant then e-mailed the tracking number to "mightybb" and advised the package would be delivered by January 29, 2007.

37.     On January 29, 2007, this envelope was delivered to Ebay Solutions P. O. Box # 147 at 13400 South Route 59, Ste. G, Plainfield, IL 60544.     Federal agents then initiated surveillance of this P.O. Box.

38.     On January 31, 2007, at approximately 3:24 AM, federal agents observed KELLY HARLEV leave her 2001 Lexus vehicle, enter the UPS Store, and retrieve the above-described priority mail envelope in P.O. Box #147.     HARLEV then left the UPS Store, entered her vehicle and drove across the parking lot to the MidAmerica Bank

13

ATM. Special agents observed HARLEV depart the MidAmerica Bank ATM and drive to 12516 Canterbury Drive, Plainfield, IL, where she remained the rest of the night.

39. On February 2, 2007, the affiant reviewed bank account documents from MidAmerica Bank regarding BRIAN BIRK, account # 601372496 and KELLY HARLEV, account #604678162. These records revealed $1700.00 was deposited into BIRK's account by HARLEV on February 1, 2007, including the three one hundred dollar bills (Serial #'s DA 01609481A, DH 05243607A, and DE 31242957A) sent to "mighbb" for the one box of generic HGH and one hundred 2.5 mg Hydrocodone.

40. In early February and March 2007, your Affiant took delivery of the order of (1) one box of generic HGH and one hundred (100) 2.5 mg Hydrocodone (Vicodin) from "mightybb"at dogvet@hushmail.com at an undercover post office box. The FDA lab confirmed that the drugs received from Mighty BB were consisted of Human Growth Hormone and Hydrocodone.

41. On February 8, 2007, a search of the trash at BRIAN BIRK and KELLY HARLEV's residence at 12516 Canterbury Drive, Plainfield, Illinois, revealed empty Gensci HGH vials, used syringes, and a bank type money wrapper embossed with $2,000.

FIFTH UNDERCOVER PURCHASE FROM MIGHTY BB

42. In early April 2007, your affiant ordered a quantity of steroids and

14

Hydrocodone from "mightybb"' at dogvet@hushmail.com. Mighty BB confirmed the order by return e-mail and on April 17, 2007 and instructed your affiant to send cash for this purchase to CR Rookie Cards, 900 Ogden Avenue, # 341, Downers Grove, Illinois.

43.     On April 30, 2007, your affiant and another federal agent went to the UPS Store, 900 Ogden Avenue in Downers Grove and determined that P.O. Box 341 was rented on March 29, 2007 by Individual B.    The agents then observed a TNT Global package addressed to CR Rookie Cards, 900 Ogden Ave., #341, Downers Grove, IL. with a return address of Hangzhou, China in the store.  The words "L-Arginine and HGH" were written in the general description section of the packages.    The affiant then obtained a federal search warrant for the contents of the package and determined that the package contained human growth hormone from China.    Department of Labor records show that Individual B is an employee of Smart Mortgage Centers in Downers Grove, Illinois where BRIAN BIRK is officer manager.

44.     On May 11, 2007, Mighty BB advised your affiant by email that the steroids and Hydrocodone would be delivered soon.

## ADDITIONAL INVESTIGATION OF BRIAN BIRK AND KELLY HARLEV

45.     In March 2007, Mighty BB logged on to a DEA-controlled website which purported to provide a market for the sale of steroids over the internet. At the time of his log on, Mighty BB was assigned the internet protocol (IP) address of 71.194.30.250. (Comcast reported to affiant that this IP address was assigned to a high speed internet

service customers BRIAN BIRK and KELLY BIRK[1] of 12516 Canterbury Drive, Plainfield, Illinois.) Mighty BB stated in an email to the DEA undercover website that he lists products "under dogvet on steroidmass.com and [ ] Mighty BB on Steroidsuperboard.com, Coast-coastbodybuilding.com, Steroidworld.com, and a few others" Mighty BB further stated that he had "been on Steroidworld.com for 5 years now." Mighty BB also stated that he posts a list of products for sale at "mightylist@hushmail.com and that he has never had any negative feedback from customers in five to six years of doing business. Mighty BB then e-mailed a list of products to the website that he offers for sale online including several anabolic steroids in tablet and injectable form.

46. Western Union records show that, between February 2, 2004 and January 8, 2007, BRIAN BIRK and KELLY HARLEV sent twenty-nine money orders to foreign destinations including Changchun, China; Phuket, Thailand; Karachi, Pakistan; and Tijuana, Mexico totaling approximately $48,000. In addition, in August 2004, Individual A sent Western Union money orders to China totaling $3,906.

47. Records from BRIAN BIRK's bank account at Mid-America shows that he deposited $32,500 in cash into his account in 2006. During 2006, BIRK's net weekly income from Smart Mortgage Centers was approximately $690.72.

---

[1] Affiant believe that KELLY BIRK is KELLY HARLEV. Affiant has no knowledge that BIRK and HARLEV are married.

16

## REQUESTED SEARCH WARRANTS

48.     This affidavit is also made for the purpose of establishing probable cause in

support of warrants to search the premises for Search Sites (A) - (C) (as further described

below and in Attachment A)and to seize records, documents and items as further

described in Attachment B.  The Search Sites (A) - (C) are located at:

(A) 12516 Canterbury Drive, Plainfield, Illinois.  This is a two story single
family house with an attached 3 car garage.  The numbers "12516" are located on the
northern edge of the garage brick facade.  The residence is beige and white in color with
red brick and is located on the west side of Canterbury Drive and the south side of
Newberry Way.  A black mailbox is located on Canterbury Drive;

(B) 24339 Leski Lane, Plainfield, Illinois.  This is a two story townhouse
with an attached two car garage.  The numbers "24339" are located above the garage
door.  The residence is tan and white in color with brown brick and is located on the
northern side of Leski Lane. and

(C) 2651 Warrenville Road, #580, Downers Grove, Illinois (the offices of
Smart Mortgage Centers, Inc).  The office is located on the 5th floor (southeast side) of the
2651 Warrenville Road building.  A plaque with the number "580" and "Smart Mortgage
Centers INC." is affixed to the wall on the right side of the wood type door.

49.     As set forth in this affidavit, I believe the facts establish probable cause that

the records, documents, and items (as further described in Attachment B) constitute fruits,

instrumentalities and /or evidence of violations of  Title 21, United States Code, Sections

331(e), 841(a), 846 and Title 18 United States Code Section 2 and further that a search of

Search Sites (A) - (C) will result in the discovery of such records, documents and items.

50.  Based on my experience and the experience of other agents, drug traffickers

commonly keep books, records, receipts, notes, ledgers, airline tickets, money orders, and

commonly keep books, records, receipts, notes, ledgers, airline tickets, money orders, and other papers relating to the transportation, purchase, packaging, sale, and distribution of controlled substances. They also maintain books, papers, and documents that reflect names, addresses, and/or telephone numbers of their suppliers, couriers, customers, and other associates in the drug trafficking organization. Many of these items may be maintained in either paper form or on computers, computer disks, CD-Rom disks, and related equipment. These documents are commonly maintained where the drug traffickers have ready access to them, such as in the residences at 12516 Canterbury Drive, Plainfield, Illinois and 24339 Leski Lane Plainfield, Illinois and the offices of Smart Mortgage Centers, 2651 Warrenville Road, # 580, Downers Grove, Illinois.

51. Drug traffickers commonly hide contraband, proceeds of drug sales, and records of drug transactions, drug sources, and drug customers, in secure locations within their residences, offices, garages, storage buildings, vehicles and safe deposit boxes for ready access, and also to conceal such items from law enforcement authorities.

52. Drug traffickers commonly keep large amounts of United States currency at their disposal in order to maintain and finance an ongoing drug business.

53. When drug traffickers amass large proceeds from the sale of drugs, they attempt to legitimize these profits, often by using the services of foreign and domestic banks, other financial institutions, and real estate brokers, and that books and papers related to such efforts, including, but not limited to, cashier's checks, money orders,

18

telegrams, telexes, letters of credit and ledgers, are maintained in their residences and/or places of business.

54.     Drug traffickers frequently take, or cause to be taken, photographs of themselves, their associates in the drug trade, property acquired from the distribution of drugs, and their product, and that such photographs are often kept in their residences and/or places of business.

55.     Drug traffickers very often place assets, including real and personal property, such as vehicles, in different names to avoid detection and forfeiture of such assets by government agencies, and that the drug traffickers continue to use these assets and to exercise dominion and control over them even though the assets are nominally owned by others

56.     Drug traffickers often possess weapons, including firearms for protection.

57.     Drug traffickers often use cellular phones and pagers to conduct their business.

58.     In addition, this investigation has revealed that BRIAN BIRK, aka Mighty BB and MBB has utilized a computer to conduct his internet drug business at 12516 Canterbury Drive   Plainfield, Illinois; 24339 Leski Lane, Plainfield, Illinois; and the offices of Smart Mortgage Centers,   2651 Warrenville Road, #580, Downers Grove, Illinois. Defendant BIRK has taken orders for controlled substances over the mightybb@hushmail.com and dogvet@hushmail.com websites and communicated with

steroid customers through computers located at 12516 Canterbury Drive, Plainfield, Illinois; 24339 Leski Lane, Plainfield, Illinois; and the offices of Smart Mortgage Centers at 2651 Warrenville Road, #580, Downers Grove, Illinois.

59.    Because this warrant requests permission to search a computer, agents specially trained in the use and retrieval of information from computers will assist with the search of computers or computer related equipment.

60.    Searching computer systems for criminal evidence is a highly technical process requiring expert skill and a properly controlled environment. The vast array of computer hardware and software available requires even computer experts to specialize in some systems and applications, so it is difficult to know before a search which expert is qualified to analyze the system and its data, or whether additional resources, hardware or software may be required to analyze the date. In any event, however, data search protocols are exacting scientific procedures designed to protect the integrity of the evidence and to recover even "hidden", erased, compressed, password protected or encrypted files. Since computer evidence is extremely vulnerable to inadvertent or intentional modification or destruction (both from external sources or from destructive code embedded in the system as a "booby trap"), a controlled environment is essential to its complete and accurate analysis.

61.    Data analysts may use several, different techniques to search electronic data for evidence or instrumentalities of a crime. These include, but are not limited to the

20

following: examining file directories and subdirectories for the lists of files they contain, "opening" or reading the first few "pages" of a selected file(s) to determine their contents, scanning for deleted or hidden data, and searching for key words or phrases. It may be necessary to use several different search techniques to identify and seize data with evidentiary value, while leaving other data as undisturbed as possible.

62. Your affiant believes, based upon his training and experience in investigating illegal internet pharmacy businesses, that any computer equipment from 12516 Canterbury Drive Plainfield, Illinois; 24339 Leski Lane, Plainfield, Illinois; and the offices of Smart Mortgage Centers at 2651 Warrenville Road, #580, Downers Grove, Illinois have been used to transact business in the purchase and sale of anabolic steroids, Hydrocodone, and other controlled substances and HGH, and that records relating this conduct will be stored on these computers within 12516 Canterbury Drive Plainfield, Illinois; 24339 Leski Lane, Plainfield, Illinois; and the offices of Smart Mortgage Centers at 2651 Warrenville Road, #580, Downers Grove, Illinois. Your affiant believes there is probable cause to search the computers within 12516 Canterbury Drive Plainfield, Illinois; 24339 Leski Lane, Plainfield, Illinois; and the offices of Smart Mortgage Centers at 2651 Warrenville Road, #580, Downers Grove, Illinois for all electronic data records relating to violations of Title 21, United States Code, Section 841, (distribution of a controlled substance), and Section 846 (conspiracy to distribute controlled substances) as

21

well as Title 21, United States Code, Section § 333(e) (1) (distribution of Human Growth Hormone).

63.     The search procedure of electronic data contained on computer hard drives and media may include the following techniques (the following is a non-exclusive list, and the government may use other procedures that, like those listed below, minimize the review of information not within the list of items to be seized as set forth herein):

        a.     examination of all of the data contained in such computer hardware, computer software, and/or memory storage devices to determine whether that data falls within the items to be seized as set forth herein;

        b.     searching for and attempting to recover any deleted, hidden, or encrypted data to determine whether that data falls within the list of items to be seized as set forth herein (any data that is encrypted and unreadable will not be returned unless law enforcement personnel have determined that the data is not (1) an instrumentality of the offenses, (2) a fruit of the criminal activity, (3) contraband, (4) otherwise unlawfully possessed, or (5) evidence of the offenses specified above);

        c.     surveying various file directories and the individual files they contain to determine whether they include data falling within the list of items to be seized as set forth herein;

        d.     opening or reading portions of files in order to determine whether their contents fall within the items to be seized as set forth herein;

22

e.     scanning storage areas to discover data falling within the list of items to be seized as set forth herein, to possibly recover any such recently deleted data, and to search for and recover deliberately hidden files falling within the list of items to be seized; and/or

f.     performing key word searches through all electronic storage areas to determine whether occurrences of language contained in such storage areas exist that are likely to appear in the evidence described in Attachment B.

Search Site (A) - 12516 Canterbury Drive, Plainfield, Illinois

64.     The first premises to be searched is the residence located at 12516 Canterbury Drive, Plainfield, Illinois. This is a two story single family house with an attached 3 car garage. The numbers "12516" are located on the northern edge of the garage brick facade. The residence is beige and white in color with red brick and is located on the west side of Canterbury Drive and the south side of Newberry Way. A black mailbox is located on Canterbury Drive.

65.     As set forth above, Search Site (A) has been used by BIRK and HARLEV in connection with their drug trafficking activities. The evidence includes but is not limited to the following:

(a)     Real estate records show that BIRK purchased the residence at 12516C anterbury Drive in October 2006. On or about May 9, 2007, the United States Department of the Treasury mailed KELLY HARLEV correspondence at 12516

23

Canterbury Drive, Plainfield, Illinois. Also, on May 7, 2007, a letter was received for delivery by the U. S. Postal Service to BRIAN BIRK at 12516 Canterbury Drive, Plainfield, Illinois from Nicor.

(b) As detailed above, on three occasions between October 12, 2006 and February 2007, federal agents have found generic HGH vials, used needles, and anabolic steroids in the trash at BIRK's and HARLEV's residence at 12516 Canterbury Drive, Plainfield, Illinois.

(c) On January 31, 2007, federal agents followed HARLEV to 12516 Canterbury Drive, Plainfield, in Illinios at approximately 3:30 AM, after HARLEV picked up the government funds from the sale of steroids at a UPS Store and made a deposit at the Mid-America bank.

(d) Also, in March 2007, a computer with an IP address at 12516 Canterbury Drive, Plainfield, logged on to a DEA-controlled website which purported to provide a market for steroids for sale over the internet.

Search Site (B) - 24339 Leski Lane, Plainfield, Illinois

66. The second premises to be searched is a residence at 24339 Leski Lane, Plainfield, Illinois. This is a two story townhouse with an attached two car garage. The numbers "24339" are located above the garage door. The residence is tan and white in color with brown brick and is located on the northern side of Leski Lane.

67.     As set forth above, Search Site (B) has been used by BIRK and HARLEV in connection with their drug trafficking activities. The evidence includes but is not limited to the following:

(a)     Real estate records show that BIRK purchased this property on Leski Lane in December 2003.

(b)     Between June 22, 2006 and September 28, 2006, federal agents recovered injectable steroid vials, vials of sterile water for injection, Iranian injectable testosterone, and a receipt for the purchase of 500 needles with BRIAN BIRK's name on it in the trash bin at 24339 Leski Lane, Plainfield, Illinois.

(c)     On September 21, 2006, a search of the trash at the 24339 Leski Lane, Plainfield, Illinois, residence by the affiant resulted in the recovery of EMS shipping labels addressed to Individual C at a Wisconsin address. The return addresses and contents of these shipping labels were written in a foreign script and are consistent with other labels containing illegal steroids and HGH.

(d)     On September 28, 2006, during a search of the trash at the 24339 Leski Lane, Plainfield, Illinois, affiant found the following items: (1) a TNT shipping statement addressed to Individual C at a Wisconsin address; and (2) EMS shipping statement addressed to Individual C at a Wisconsin address. These labels are consistent with labels found on illegal drug packages mailed from China and other overseas locations.

25

(e)     Shortly later, during surveillance of 24339 Leski Lane, Plainfield,

Illinois, affiant observed a dark Honda vehicle, Wisconsin License Plate # 243 KVY, exit

the residence. Record inquiries revealed that this vehicle was registered to Individual C.

Immigration and Customs Enforcement records revealed that Individual C was a person

of interest in a steroid investigation involving the September 21, 2006 seizure of a

shipment of 1598 dosage units of anabolic steroids from the United Arab Emirates

addressed to Individual C in Wisconsin.

(f)     U.S. Department of Labor records show that as of May 11, 2007,

Individual C is an employee of SMART MORTGAGE CENTERS INC., 2651

Warrenville Road, #580, Downers Grove, Illinois.

(g)     Surveillance revealed that after BIRK and HARLEV moved to

12516 Canterbury in Plainfield in approximately October 2006 and Individual C took up

residence at 24339 Leski Lane, Plainfield, Illinois.

(h)     On December 21, 2006, during a search of the trash at 24339 Leski

Lane, Plainfield, Illinois, residence by the affiant found vials of Iranian injectable

testosterone.

(i)     On August 25, 2006, Individual C obtained a TCF official bank

check payable to BRIAN BIRK in the amount of $2,500 with a notation of "land

contractor earnest money" in the memo section. On October 28, 2006 and April 30,

2007, Individual C obtained a TCF official bank check payable to BRIAN BIRK in the

amount of $1,385 that BIRK deposited in his bank account. On February 20, 2007, Individual C filed a change of address from Wisconsin to 24339 Leski Lane, Plainfield, Illinois with the United States Postal Service and the Postal Service reports that Individual C has received mail at the Leski Lane address as recently as May 15, 2007. .

Search Site (C) - 2651 Warrenville Road, #580, Downers Grove, Illinois

68.     The second premises to be searched is the offices of Smart Mortgage Centers, Inc. at Suite # 580, 2651 Warrenville Road, Downers Grove, Illinois. The office is located on the 5th floor (southeast side) of the 2651 Warrenville Road building. A plaque with the number "580" and "Smart Mortgage Centers INC." is affixed to the wall on the right side of the wood type door.

69.     As set forth above, Search Site (C) has been used by BIRK in connection with his drug trafficking activities. The evidence includes but is not limited to the following:

(a)     BRIAN BIRK is the office manager of Smart Mortgage Centers, Inc at Site C.

(b)     Also, Individual A, Individual B and Individual C work at Smart Mortgage Centers, Inc. Individual A and Individual B have worked a "runners" in BIRK's steroid business delivering drugs to the postal service for delivery to customers and opening P. O. Boxes for the receipt of drugs from China and elsewhere as well as the receipt of payment from drug customers. Individual C is a subject of a current steroid

27

investigation in Wisconsin. Also, on March 25, 2005, Individual C was stopped by the Naperville Police Department while in the possession of 8 boxes of steroids and 13 syringes. Individual C admitted to Naperville police detectives that he had recently begun selling steroids that were shipped from Mexico. As noted below, Individual C has moved into BIRK'S residence at 24339 Leski Lane, Plainfield, Illinois.

(c)     When affiant ordered anabolic steroids from BRIAN BIRK at dogvet@hushmail.com in June and October 2006, Birk instructed affiant to send cash wrapped in foil, a card or a magazine to S.M.C. at 2651 Warrenville Road, Suite 580, in Downers Grove, IL.

(d)     BIRK's encrypted email address of MightyBB@hushmail.com carried an address of 2651 Warrenville Road, Suite 580, Downers Grove, Illinois. Also, the internet protocol address for lippynuts@yahoo.com listed the address of 2651 Warrenville Road, Suite 580, Downers Grove, Illinois.

(e)     BIRK has emailed affiant regarding undercover purchases of steroids during working hours when BIRK would have been present at Smart Mortgage Centers, Inc., at 2651 Warrenville Road, Suite 580, in Downers Grove.

(f)     On January 5, 2007, surveillance agents observed BIRK leave the offices of Smart Mortgage Centers, Inc., at 2651 Warrenville Road, Suite 580, in Downers Grove and go to a nearby Western Union office where he purchased a $3,270 money order for delivery to China, and then returned to his office on Warrenville Road.

## CONCLUSION

70. Based on the foregoing facts, I believe there is probable cause to support the requested criminal complaint and that there is probable cause to believe that the residence at 12516 Canterbury Drive  Plainfield, Illinois; the residence at 24339 Leski Lane, Plainfield, Illinois; and the offices of Smart Mortgage Centers at 2651 Warrenville Road, Suite 580, Downers Grove, Illinois.  contains fruits, evidence and instrumentalities of criminal offenses against the United States as identified in Attachment B, namely violations of Title 21,  United States Code, Section 841, (distribution of a controlled substance), and Section 846 (conspiracy to distribute controlled substances) as well as Title 21, United States Code, Section § 333(e) (1) (distribution of Human Growth Hormone).

Further Affiant Sayeth Not

_____

Loris Cagnoni
Special Agent, FDA

Subscribed and sworn to before me this *16* th day of May 2007

_____

Martin C. Ashman
U.S. Magistrate Judge

29

**ATTACHMENT A**

1.      12516 Canterbury Lane, Plainfield, Illinois. This is a two story single family house with an attached 3 car garage. The numbers "12516" are located on the northern edge of the garage brick facade. The residence is beige and white in color with red brick and is located on the west side of Canterbury Drive and the south side of Newberry Way. A black mailbox is located on Canterbury Lane.

2.      24339 Leski Lane, Plainfield, Illinois. This is a two story townhouse with an attached two car garage. The numbers "24339" are located above the garage door. The residence is tan and white in color with brown brick and is located on the northern side of Leski Lane

3.      SMART MORTGAGE CENTERS INC., 2651 Warrenville Road, Suite 580, Downers Grove, Illinois. The office is located on the 5th floor (southeast side) of the 2651 Warrenville Road building. A plaque with the number "580" and "Smart Mortgage Centers INC." is affixed to the wall on the right side of the wood type door.

## ATTACHMENT B

ITEMS TO BE SEIZED:

Evidence of violations of Title 21, United States Code, Section 841, (distribution of a controlled substance), and Section 846 (conspiracy to distribute controlled substances) and Title 21, United States Code, Section 331(c) (distribution of Human Growth Hormone), including, but not limited to:

1) Financial information and statements, books, records, receipts, cash disbursements journals, safe deposit box keys, bank statements, state and federal tax returns, and other records related to the receipt, expenditure and concealment or other disposition of income;

2) United States Currency;

3) Records, notebooks, memoranda, receipts, ledgers, photographs, audio tapes, video tapes, lists and supplier or customer information relating to the purchase, sale, or distribution of controlled substances and prescription drugs;

4) Books, records, lists, receipts, bank and savings and loan records of deposit, statements and other bank records, letters of credit, money orders, cashiers' checks, passbooks, canceled checks, certificates of deposit, lease agreements, loan records, customer account information, income and expense summaries, cash disbursement journals, financial statements and related financial information pertaining to the purchase,

31

lease, sale or other disposition of real or personal property, including real estate, vehicles, jewelry and furniture;

5)      Safes, hidden compartments, and the contents therein.

6)      Photographs of defendants with co-conspirators and assets obtained from drug trafficking;

7)      Mobile cellular telephones and related equipment and the contents thereof, including antennas and power sources;

8)      Any and all computers, including both hardware and software, and the contents thereof, which includes any and all magnetic media, including diskettes, magnetic tapes, hard drives or other items capable of storing computer information and any and all computer related documents and/or software manuals relating to the operation of the programs contained in such computers for the purpose of retrieving all stored data within that:

(i)      provide information regarding the identities of the participants and/or coconspirators involved in violations of Title 21, United States Code, Section 841, (distribution of a controlled substance), and Section 846 (conspiracy to distribute controlled substances) and Title 21, United States Code, Section 331(e) (distribution of Human Growth Hormone);

(ii)      may be used or have been used to transact the purchase or sale of controlled substances and prescription drugs;

32

(iii)     all information relating to the use of financial institutions including but not limited to banks or currency exchanges to send or receive money;

(iv)     all information relating to the use of bank accounts; and

(v)     all information relating to the use of proceeds from distribution of controlled substances;

9)     The search shall be conducted pursuant to the following protocol:

With respect to the search of any computers or electronic storage devices seized from the location, the search procedure of electronic data contained in any such computer may include the following techniques (the following is a non-exclusive list, and the government may use other procedures that, like those listed below, minimize the review of information not within the list of items to be seized listed in this Attachment:

a.     examination of all of the data contained in such computer hardware, computer software, and/or memory storage devices to determine whether that data falls within the items to be seized as set forth herein;

b.     searching for and attempting to recover any deleted, hidden, or encrypted data to determine whether that data falls within the list of items to be seized as set forth herein (any data that is encrypted and unreadable will not be returned unless law enforcement personnel have determined that the data is not (1) an instrumentality of the offenses, (2) a fruit of the criminal activity, (3) contraband, (4) otherwise unlawfully possessed, or (5) evidence of the offenses specified above);

33

c. surveying various file directories and the individual files they contain to determine whether they include data falling within the list of items to be seized as set forth herein;

d. opening or reading portions of files in order to determine whether their contents fall within the items to be seized as set forth herein;

e. scanning storage areas to discover data falling within the list of items to be seized as set forth herein, to possibly recover any such recently deleted data, and to search for and recover deliberately hidden files falling within the list of items to be seized; and/or

f. performing key word searches through all electronic storage areas to determine whether occurrences of language contained in such storage areas exist that are likely to appear in the evidence described in this Attachment.

34